IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:12 cr 026 |
| v. | : | |
| LAWRENCE J. MAJEWSKI, | : | **INDICTMENT**<br>18 U.S.C. § 1001<br>18 U.S.C. § 1343 |
| Defendant. | : | |

TIMOTHY S. BLACK

THE GRAND JURY CHARGES THAT:

**INTRODUCTION**

1. Between on or about December 1, 2009 and April 30, 2010, the defendant **LAWRENCE J. MAJEWSKI** served as the President of Baggage Or Container Auto, Inc. of 89 Globe Mills Ave., Fall River, Massachusetts 02724.

2. The defendant in fact operated said business from his residence located at 75 Pope Street, Newport, Rhode Island 02840-3552.

3. At all times relevant in this indictment, Wright-Patterson Air Force Base, Ohio served as the Department of Air Force's primary procurement center for all major weapons systems, equipment and supply contracts world-wide.

4. Between the aforesaid time frame, the defendant submitted certain bids for U.S. Government contracts to Air Force contracting officials located at ASC/PKESM, USAF/AFMC, Aeronautical Systems Center, 2275 D Street, Bldg 16, Room 128, Wright-Patterson Air Force Base, Ohio 45433-7228.

5. Between the aforesaid time frame, the defendant knowingly devised a scheme and artifice to defraud the United States of certain monies and property by means of false pretenses, representations and promises by completing, signing and submitting fraudulent Standard Forms 1449, Contract Solicitations to Air Force contracting officials.

6. It was part of this scheme and artifice to defraud that the defendant falsely certified that he had not within a three year period prior to filing said document: been convicted of or had a civil judgment rendered against him for tax evasion or violation of Federal criminal tax laws; nor had he been notified of any delinquent Federal taxes in an amount exceeding $3,000 for which the tax liability remains unsatisfied.

7. These false certifications were in direct violation of controlling Federal Acquisition Regulations.

8. It was part of this scheme and artifice to defraud that the defendant fraudulently secured a $245,000 Air Force contract to provide a mechanized material handling system at Kadena Air Base, Japan.

9. It was further part of this scheme and artifice to defraud that the defendant fraudulently secured a $315,000 Air Force contract to provide a baggage conveyor system at Charleston Air Force Base, South Carolina.

10. It was further part of this scheme and artifice to defraud that the defendant directly or indirectly received payments from the Department of the Air Force under said contracts to which he was not entitled.

## COUNT 1
**(18 U.S.C. § 1343)**

11. The United States Attorney realleges all of the allegations contained in paragraphs 1-10 of this Indictment as if they were fully reproduced herein.

12. On or about January 25, 2010, in the Southern District of Ohio and elsewhere, having knowingly participated in, devised and intended to devise a scheme and artifice to defraud, and for obtaining money and property by means of false pretenses, representations and promises, the defendant **LAWRENCE J. MAJEWSKI,** for the purpose of executing and attempting to execute the aforesaid scheme and artifice, did cause to be transmitted in interstate commerce by means of wire communications, certain signs, signals and sounds, an electronic mail message which contained a completed and signed Standard Form 1449, Contract Solicitation (No. FA8604-10-R-7900) from his residence located at 75 Pope Street, Newport, Rhode Island 02840-3552 addressed to an Air Force contracting officer located at ASC/PKESM, USAF/AFMC, Aeronautical Systems Center, 2275 D Street, Bldg 16, Room 128, Wright-Patterson Air Force Base, Ohio 45433-7228 with the e-mail address of: joseph.lyden@wpafb.af.mil.

In violation of Title 18, United States Code, Section 1343.

## COUNT 2
**(18 U.S.C. § 1343)**

13. The United States Attorney realleges all of the allegations contained in paragraphs 1-10 of this Indictment as if they were fully reproduced herein.

14. On or about April 16, 2010, in the Southern District of Ohio and elsewhere, having knowingly participated in, devised and intended to devise a scheme and artifice to

3

defraud, and for obtaining money and property by means of false pretenses, representations and promises, the defendant **LAWRENCE J. MAJEWSKI,** for the purpose of executing and attempting to execute the aforesaid scheme and artifice to defraud knowingly did cause to be transmitted in interstate commerce by means of wire communications, certain signs, signals and sounds, an electronic mail message which contained a completed and signed Standard Form 1449, Contract Solicitation (No. FA8604-10-R-7923) from his residence located at 75 Pope Street, Newport, Rhode Island 02840-3552 addressed to an Air Force contracting officer located at ASC/PKESM, USAF/AFMC, Aeronautical Systems Center, 2275 D Street, Bldg 16, Room 128, Wright-Patterson Air Force Base, Ohio 45433-7228 with the e-mail address of: joseph.lyden@wpafb.af.mil.

In violation of Title 18, United States Code, Section 1343.

## COUNT 3
## (18 U.S.C. § 1001)

15. That on or about January 25, 2010, the defendant **LAWRENCE J. MAJEWSKI,** in his capacity as the President of Baggage Or Container Auto, Inc. of 89 Globe Mills Ave., Fall River, Massachusetts 02724, did willfully and knowingly make and cause to be made materially false, fictitious and fraudulent statements and representations in a matter within the jurisdiction of the Department of the Air Force, an agency of the United States, by completing and signing a Standard Form 1449, Contract Solicitation (No. FA8604-10-R-7900) which he submitted to an Air Force contracting officer at ASC/PKESM, USAF/AFMC, Aeronautical Systems Center, 2275 D Street, Bldg 16, Room 128, Wright-Patterson Air Force Base, Ohio 45433-7228, in the Southern District of Ohio for the purpose of bidding on a $245,000 contract to provide a

mechanized material handling system at Kadena Air Base, Japan, wherein he certified that he, as the contract offeror, had not within a three year period prior to filing said document been convicted of or had a civil judgment rendered against him for tax evasion or violation of Federal criminal tax laws; and had not been notified of any delinquent Federal taxes in an amount exceeding $3,000 for which the tax liability remains unsatisfied. These statements and representations were false because, as the defendant then and there knew, they were made contrary to an official Notice of Tax Lien issued on August 25, 2009 which reflected he in fact had an unsatisfied Federal tax assessment in the amount of $27,477.99.

In violation of Title 18, United States Code, Section 1001.

## COUNT 4
## (18 U.S.C. § 1001)

16. That on or about April 16, 2010, the defendant **LAWRENCE J. MAJEWSKI**, in his capacity as the President of Baggage Or Container Auto, Inc. of 89 Globe Mills Ave., Fall River, Massachusetts 02724, did willfully and knowingly make and cause to be made materially false, fictitious and fraudulent statements and representations in a matter within the jurisdiction of the Department of the Air Force, an agency of the United States, by completing and signing a Standard Form 1449, Contract Solicitation (No. FA8604-10-R-7923) which he submitted to an Air Force contracting officer at ASC/PKESM, USAF/AFMC, Aeronautical Systems Center, 2275 D Street, Bldg 16, Room 128, Wright-Patterson Air Force Base, Ohio 45433-7228, in the Southern District of Ohio for the purpose of bidding on a $315,000 contract to provide a baggage conveyor system at Charleston Air Force Base, South Carolina, wherein he certified that he, as the contract offeror, had not within a three year period prior to filing said document been

convicted of or had a civil judgment rendered against him for tax evasion or violation of Federal criminal tax laws; and had not been notified of any delinquent Federal taxes in an amount exceeding $3,000 for which the tax liability remains unsatisfied. These statements and representations were false because, as the defendant then and there knew, they were made contrary to an official Notice of Tax Lien issued on August 25, 2009 which reflected he in fact had an unsatisfied Federal tax assessment in the amount of $27,477.99.

In violation of Title 18, United States Code, Section 1001.

A T R U E  B I L L

_____
F  O  R  E  M  A  N

CARTER M. STEWART
United States Attorney

*[signature]*
DALE ANN GOLDBERG
Acting Dayton Branch Chief